**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
STRIKE 3 HOLDINGS, LLC,                                     :
                                                            :   Case No. 1:19-cv-00346-KAM-RER
                             Plaintiff,                     :
                                                            :
              vs.                                           :
                                                            :
JOHN DOE subscriber assigned IP address                     :
68.194.82.54,                                               :
                                                            :
                             Defendant.                     :
------------------------------------------------------------X
```

## APPEARANCE OF COUNSEL

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Strike 3 Holdings, LLC.

Dated: May 20, 2019                     Respectfully submitted,

                                              **THE ATKIN FIRM, LLC**

                                              By:  /s/ *John C. Atkin*
                                                  John C. Atkin, Esq.
                                                  400 Rella Blvd., Ste. 165
                                                  Suffern, NY 10901
                                                  Tel.: (973) 285-3239
                                                  Fax: (833) 693-1201
                                                  JAtkin@atkinfirm.com
                                                  *Attorneys for Plaintiff*